AO 458 (Rev. 5/85) Appearance

# United States District Court

<u>EASTERN</u> DISTRICT OF <u>CALIFORNIA</u>

APPEARANCE

CASE NUMBER: CRF

99-5342 OWW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
(Defendants Name)

Tom Douglas Br.

FILED 2005 APR 18 P 4: 25
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY____DEPUTY

___4/18/05___
Date

___✓___ Appointed

_____ Retained

_____ Special Appearance

CALIFORNIA STATE BAR NUMBER:
60244

Signature

Print Name: James H Homol.

Address: 2950 Mariposa Ste 250

City: Fresno   State: CA   Zip Code: 93721

Phone Number: 559.441.7111