Prob 12C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Troy Douglas BRIMM |
| **Docket Number:** | 1:99CR05342-01 |
| **Offender Address:** | Modesto, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 02/07/2000 |
| **Original Offense:** | 18 USC 1542 - Making False Statement in an Application for a Passport<br>(CLASS C FELONY) |
| **Original Sentence:** | 12-months custody of the Bureau of Prisons (consecutive to 1:96CR05180); 3-year term of supervised release; $100 special assessment |
| **Special Conditions:** | Submit to search; Mental health counseling; Shall participate in a co-payment plan for treatment or testing; May use a computer for employment purposes; however, he is not to access any on-line sites which contain pornographic material or any illegal material; Shall not possess or use any data encryption technique or program; Shall consent to periodic unannounced examinations of his computer(s) equipment; Shall refrain from accessing via computer any "material" that relates to the activity in which he was engaged in committing the instant offense, namely access to pornography of children or others; Shall provide all business/personal phone records to the probation officer upon request; Shall not possess or use a computer that contains an internal modem and/or possess an external modem; Shall consent to third party disclosure to any employer or potential employer, |

**RE:    Troy Douglas BRIMM
        Docket Number:   1:99CR05342-01
        PETITION FOR WARRANT OR SUMMONS
        FOR OFFENDER UNDER SUPERVISION**

concerning any computer-related restrictions that are imposed upon him; Shall participate in sex offender counseling as directed by the probation officer; and Shall not possess pornographic material or frequent places where pornographic material is the chief item of sale.

**Other Court Action:**

**04/14/2004:**   Form 12C Petition filed with the Court this date alleging the offender violated the terms of his supervision.  Warrant ordered and issued on April 15, 2004.

**01/10/2005:**   Superseding Form 12C Petition filed with the Court to conform with **U.S. v. Vargas-Amaya,** 389 F.3d 901, 2004 WL2650821 (9th Cir. 2004).  No changes made to the violation conduct previously reported to the Court.

**04/12/2005:**   Bench warrant executed.

**04/13/2005:**   Initial appearance before Duty Magistrate Judge Dennis L. Beck.  Charges denied.  Detention Hearing set for April 18, 2005.  Status conference set for April 25, 2005 before the Honorable Robert E. Coyle.  Offender remained in custody.

**04/18/2005:**   Detention Hearing continued to April 22, 2005.

**04/22/2005:**   Detention Hearing before Duty Magistrate.  Offender released from custody.  The defendant shall comply with the conditions of home detention pending the resolution of the revocation proceedings.

**04/25/2005:**   Status conference before the Honorable Oliver W. Wanger.  The offender admitted to the charged violation conduct noted on the Superseding Form 12C Petition filed with the Court on January 10, 2005.  Matter continued to June 13, 2005, for sentencing.

**RE:    Troy Douglas BRIMM
        Docket Number:   1:99CR05342-01
        PETITION FOR WARRANT OR SUMMONS
        FOR OFFENDER UNDER SUPERVISION**

| | |
|---|---|
| **06/13/2005:** | Supervised release continued to January 12, 2007, under the following modified terms of supervised release:  Submit to search; Participate in a co-payment plan for treatment or testing of up to $25 per month; Not possess or use a computer or any other device that has access to any "on-line computer service."  This includes any Internet service provider, bulletin board system, or any other public or private computer network, except for use with his employment and after the approval of the probation officer; Have no contact with children under the age of 18 unless approved by the probation officer in advance. "No Contact" means no contact in any form, either direct or indirect, personally, by telephone, letter, or through another person.  The defendant is not to loiter within 100 feet of school yards, child care facilities, parks, playgrounds, arcades, or other places primarily used by children under the age of 18. This shall include that the defendant is not to engage in any occupation, either paid or volunteer, which exposes him directly or indirectly with children under the age of 18; Consent to the probation officer and/or probation service representative conducting periodic unannounced examinations of any computer equipment or device that has an internal or external modem which may include retrieval and copying of all data from the computer or device to ensure compliance with conditions; Not possess, own, use, view, read or frequent places with any sexually explicit material in any form that depicts children under the age of 18; Provide all requested business/personal phone records to the probation officer; Consent to third party disclosure to any employer or potential employer concerning any computer-related restrictions that are imposed; Attend, cooperate with, and actively participate in a sex offender treatment and therapy program as approved and directed by the probation officer and as recommended by the assigned treatment provider; Shall register and comply with requirements in the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student; Not possess or use any data encryption technique or program of any kind including, but not |

**RE:   Troy Douglas BRIMM
       Docket Number:   1:99CR05342-01
       PETITION FOR WARRANT OR SUMMONS
       FOR OFFENDER UNDER SUPERVISION**

limited to, software, hardware, programming codes, chips, and circuit boards; Shall not frequent adult bookstores, massage parlors, topless bars, sex shops, or "cruising" areas, nor shall the defendant possess or view any material that are sexually explicit; Not possess children's clothing, toys, games, stuffed animals or other "lures" including law enforcement identifications, without prior approval of the probation officer; Shall not possess photographic equipment, audio/visual equipment or any item capable of producing a visual image without the approval of the probation officer; and shall not have access to, control of, or possess a post office box or mail receptacle, storage facility or locker without prior approval of the probation officer.

| | | |
|---|---|---|
| **Type of Supervision:** | Supervised release | |
| **Supervision Commenced:** | 01/16/2003 | |
| **Assistant U.S. Attorney:** | Jonathan B. Conklin | **Telephone:** (559) 498-7272 |
| **Defense Attorney:** | James R. Homola (Appointed) | **Telephone:** (559) 441-7111 |

RE:   Troy Douglas BRIMM
       Docket Number:   1:99CR05342-01
       **PETITION FOR WARRANT OR SUMMONS**
       **FOR OFFENDER UNDER SUPERVISION**

## PETITIONING THE COURT

**[x]   TO ISSUE A WARRANT**

The probation officer alleges the offender has violated the following conditions of supervision:

**Charge Number**      **Nature of Violation**

**Charge 1:**          **FAILURE TO SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH**

During July 2005, Mr. Brimm failed to report on his monthly supervision report that he maintained and actively used the e-mail account *Scubadiver@Cervo.net*, in violation of Standard Condition Number 2 which states, "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

**Charge 2:**          **POSSESSION OR USE OF A COMPUTER OR ANY OTHER DEVICE THAT HAS ACCESS TO ANY "ON-LINE COMPUTER SERVICE"**

On July 22, 2005, Mr. Brimm using the e-mail account *Scubadiver@Cervo.net* caused to be sent an e-mail with the attachment "Women with Fangs" from a computer belonging to his mother (Twinhead Laptop Computer - Serial 219BD7641) to his place of employment Flying Turtle Cast Concrete, Inc. (*sales@flyingturtle.us*).

**RE:   Troy Douglas BRIMM**
      **Docket Number:   1:99CR05342-01**
      **PETITION FOR WARRANT OR SUMMONS**
      **FOR OFFENDER UNDER SUPERVISION**

On August 20, 2005, Mr. Brimm using a computer belonging to his mother (Twinhead Laptop Computer - Serial 219BD7641) while using the username of "scubadiver" visited/accessed multiple web pages at the websites identified as "vteen.htm" and "Teenpuberty.com" between 12:31:40 a.m. and 1:23:54 a.m.  Using the username of "scubadiver," Mr. Brimm has been a member of "vteen.htm" since November 30, 2003.

Both in violation of Special Condition Number 3 which states, "The defendant shall not possess or use a computer or any other device that has access to any "on-line computer service."  This includes any Internet service provider, bulletin board system, or any other public or private computer network, except for use with his employment and after the approval of the probation officer."

| Charge 3: | **SHALL NOT VIEW, READ, OR FREQUENT PLACES WITH ANY SEXUALLY EXPLICIT MATERIAL IN ANY FORM THAT DEPICTS CHILDREN UNDER THE AGE OF 18.** |
|---|---|

On August 20, 2005, Mr. Brimm using a computer belonging to his mother (Twinhead Laptop Computer - Serial 219BD7641) while using the username of "scubadiver" visited/accessed multiple web pages at the websites identified as "vteen.htm" and "Teen puberty.com" between 12:31:40 a.m. and 1:23:54 a.m. "Vteen.htm" is an online forum that provides its members access to live Internet chat, diaries, forums, games and a link named "teen puberty."  Within these web pages, various topics are discussed including issues relating to male and female puberty, masturbation, and ejaculation.

In violation of Special Condition Number 6 which states, "The defendant shall not possess, own, use, view, read or frequent places with any sexually explicit material in any form that depicts children under the age of 18.  Sexually explicit conduct as defined at 18 USC 2246(2)(A)(B)(C)(D) and 18 USC 2256(2) and means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between the same

**RE:   Troy Douglas BRIMM**
      **Docket Number:   1:99CR05342-01**
      **PETITION FOR WARRANT OR SUMMONS**
      **FOR OFFENDER UNDER SUPERVISION**

or opposite sex; (b) bestially; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person under the age of 18."

**Justification:** During a joint investigation conducted by the United States Probation Office and the California Department of Corrections (CDC), state and local officers conducted a CDC parole search at the residence belonging to Mr. Brimm's mother on August 20, 2005. During the search of the residence located in Sonora, California, officers located a Twinhead Laptop Computer (Serial #219BD7641) having Internet access capability situated in an office/bedroom and an unloaded 12-gauge shotgun being stored in the master bedroom closet.  Since it was determined the offender had access to both items at the time of the parole search, Mr. Brimm was found to be in violation of his state parole conditions and immediately taken into custody. On September 6, 2005, Mr. Brimm's period of state parole was ultimately revoked (without an admission of guilt) and he was required by the California Board of Prison Terms to complete an additional 9-month period of incarceration.

A subsequent search of the above-noted computer resulted in the filing of the present Form 12C Petition.

**Bail/Detention:**  The offender is currently serving two separate terms of supervised release for Receiving and Distributing Material Involving the Sexual Exploitation of Minors (1:96CR05180) and Making a False Statement in an Application for a Passport (1:99CR05342).  It should be noted, prior to his initial revocation hearing (in 1:96CR05180), Mr. Brimm had absconded from supervision for a period of more than six months and had used various fraudulent passports and identification cards, depicting his photo but under assumed identities, to conceal his true identity (1:99CR05342).  Further, at the time of his apprehension, the offender was employed on a cruise ship, under the name of Jeffrey Judd, which had traveled to various destinations outside the jurisdiction of United States law.

**RE:    Troy Douglas BRIMM**
       **Docket Number:   1:99CR05342-01**
       **PETITION FOR WARRANT OR SUMMONS**
       **FOR OFFENDER UNDER SUPERVISION**

Based on the foregoing, Mr. Brimm does represent a flight risk under the provisions of 18 USC 3143.  Further, based on findings noted in a recent Psychosexual Assessment completed on Mr. Brimm by Dr. Carol H. Atkinson, Ph.D. on July 11, 2005, coupled with the offender's alleged supervised release violation conduct noted in this Form 12C Petition, Mr. Brimm is considered a high risk to re-offend, thereby, a potential risk to the community. Based on the foregoing, it is recommended when the offender is brought before the Court, he be held without bail until the alleged violations of supervised release is resolved.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:      January 9, 2006
                     Modesto, California
                     PRH/lr

                                Respectfully submitted,

                                /s/ Phil R. Hendley, Jr.

                             **Phil R. Hendley, Jr.**
                          **United States Probation Officer**
                            Telephone:  (209) 574-9429

**REVIEWED BY**:      /s/ Deborah A. Spencer
                     **DEBORAH A. SPENCER**
                     **Supervising United States Probation Officer**

**RE:    Troy Douglas BRIMM
        Docket Number:   1:99CR05342-01
        PETITION FOR WARRANT OR SUMMONS
        FOR OFFENDER UNDER SUPERVISION**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

( X )   The issuance of a warrant        ( )  Bail set at $ __        ( X )   No Bail

( )    The issuance of a summons (copy to Defense Counsel).

( )    Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

( X )   Defendant is ordered detained, to be brought before District Judge forthwith.

( )    Initial appearance and detention hearing before Magistrate Judge.

| January 17, 2006 | /s/ OLIVER W. WANGER |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:    United States Probation
       Jonathan B. Conklin, Assistant United States Attorney
       United States Marshal

Attachment:   Presence Report  (Sacramento only)