AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



MAY 2 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CA
BY_____
DEPUTY CLERK

APPEARANCE

Case Number: 1'99 CR 05342-OWW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Troy Douglas Brimm
(Defendant's Name)

I certify that I am admitted to practice in this court.

Date: 5/24/06

Signature

Print Name: James R. Homola

State Bar Number: 60244

Address: 2950 Mariposa St., Ste 250

City: Fresno CA    Zip Code: 93721

Phone Number: 559. 441. 7111

E-Mail Address: jrhomola@yahoo.com

☐ Appointed
☒ Retained