McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. F. 96-5180 OWW & 99-5342 OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | THEREON FOR HEARING TO CORRECT |
| v. ) | SENTENCE |
| ) | |
| TROY DOUGLAS BRIMM, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Sherrill A. Carvalho, Assistant U.S. Attorney and James Homola, attorney for defendant, Troy Douglas Brimm, that the matter of be calendared on July 17, 2006 at 1:30 p.m. to correct the sentence pursuant to Judgment filed on July 6, 2006.  The parties agree that July 17, 2006 is within 7 days of sentencing, in order to correct a sentence, pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure.  The parties further agree that imposition of 31 months of supervised release should be applied to case 1:99CR5342 rather than to 1:96CR5180. In addition, the parties agree that the parties are free to
///

request specific corrections regarding certain special conditions of supervision.

Dated: July 11, 2006                    Respectfully submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

                                        By:  /s/ Sherrill A. Carvalho
                                              SHERRILL A. CARVALHO
                                              Assistant U.S. Attorney

Dated: July 11, 2006                       /s/ James Homola
                                              JAMES HOMOLA
                                              Attorney for Defendant

1  McGREGOR W. SCOTT
   United States Attorney
2  SHERRILL A. CARVALHO
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, CA   93721
   Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr. F. 96-5180 OWW & 99-5342 OWW |
|---|---|
| Plaintiff, | ) ORDER REGARDING PARTIES' STIPULATION AND REQUEST FOR HEARING TO CORRECT SENTENCE |
| v. | ) |
| TROY DOUGLAS BRIMM, | ) |
| Defendant. | ) |

On July 11, 2006, the parties lodged a stipulation to calendar a hearing on July 17, 2006 at 1:30 p.m. to corrrect sentence.  Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The parties' stipulation and request to calendar a hearing to correct sentence on July 17, 2006 at 1:30 p.m. is granted.

IT IS SO ORDERED.

**Dated:   July 15, 2006**              /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE