# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



RECEIVED
MAR - 8 2007
BY: USMS E/CA
Fresno

USA,

v.

**WARRANT FOR ARREST**

**TROY DOUGLAS BRIMM,**

Case Number: **1:99-CR-05342-OWW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Troy Douglas Brimm,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☑ Violation Petition    ☐ Other

FILED
MAR 27 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

charging him or her with (brief description of offense)

**Violation of Supervised Release**

in violation of Title **18**   United States Code, Section(s) **3143**

A. Timken                               Deputy Clerk
Name of Issuing Officer                 Title of Issuing Officer

_/s/ Timken_                            **3/6/07**          Fresno
Signature of Issuing Officer            Date and Location

Bail fixed at  No Bail                  by   **Judge Oliver W. Wanger**

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

3/8/07                                  Timothy G. Ashton   CI/DUSM
Date Received                           Name and Title of Arresting Officer

3/15/07                                 _/s/ Timothy G. Ashton_
Date of Arrest                          Signature of Arresting Officer