McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.F. 96-5180 OWW |
| | ) | CR.F. 99-5342 OWW |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING DISCOVERY |
| | ) | AND RECIPROCAL DISCOVERY |
| v. | ) | |
| | ) | |
| TROY DOUGLAS BRIMM, | ) | DATE: July 31, 2007 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | PLACE: COURTROOM THREE |
| | ) | HON. OLIVER W. WANGER |
| _____ | ) | |

        On June 18, 2007, the Court held a status conference on the

two petitions for supervised release violations pertaining to the

defendant.  Appearing for the government was Assistant U.S.

Attorney Sherrill A. Carvalho; appearing for defendant Troy Brimm

was Daniel Harralsen.  Upon due consideration of the written and

oral arguments of the parties and the record herein, the Court

issues the following order:

        Discovery, including forensic report, is ordered to be

provided by the government to the defense by July 2, 2007;

reciprocal discovery, including defense forensic report, is

ordered to be provided by the defense to the government by July

23, 2007.  The hearing on the supervised release violations is

1

1  scheduled for July 31, 2007 at 9:00 a.m. in Courtroom Three.  The

2  parties are to notify the Court as soon as possible if they will

3  be requesting a change in the hearing date due to unavailability

4  of witnesses.

5  Dated: _____, 2007      _____

6                                          HONORABLE OLIVER W. WANGER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2