McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR.F. 96-5180 OWW |
| ) | CR.F. 99-5342 OWW |
| ) | |
| Plaintiff,  ) | ORDER REGARDING DISCOVERY |
| ) | AND RECIPROCAL DISCOVERY |
| v.  ) | |
| ) | |
| TROY DOUGLAS BRIMM,  ) | DATE: July 31, 2007 |
| ) | TIME: 9:00 a.m. |
| Defendant.  ) | PLACE: COURTROOM THREE |
| ) | HON. OLIVER W. WANGER |
| _____) | |

On June 18, 2007, the Court held a status conference on the two petitions for supervised release violations pertaining to the defendant.  Appearing for the government was Assistant U.S. Attorney Sherrill A. Carvalho; appearing for defendant Troy Brimm was Daniel Harralsen.  Upon due consideration of the written and oral arguments of the parties and the record herein, the Court issues the following order:

Discovery, including any forensic report, is ordered to be provided by the government to the defense by July 2, 2007; reciprocal discovery, including any defense forensic report, is ordered to be provided by the defense to the government by July 23, 2007.  The hearing on the supervised release violations is

1  scheduled for July 31, 2007 at 9:00 a.m. in Courtroom Three.  The
2  parties are to notify the Court as soon as possible if they will
3  be requesting a change in the hearing date due to unavailability
4  of witnesses.

6      IT IS SO ORDERED.

7  **Dated:  June 20, 2007**                     **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE