UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



OCT 15 2007



CLERK, U.S. DISTRICT COURT.
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

RE: **Troy Douglas BRIMM**
Docket Number: 1:96CR05180 and 1:99CR05342
<u>**CONTINUANCE OF JUDGMENT AND SENTENCE**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced cases be continued from November 19, 2007, at 1:30 p.m., to November 21, 2007, at 12:00 p.m. (Noon).

**REASON FOR CONTINUANCE:**

This officer will be out of the office from November 15, 2007, through November 26, 2007. By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,
/s/ Sandra K. Dash

**SANDRA K. DASH**
United States Probation Officer

**REVIEWED BY:** /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

Dated: October 11, 2007
Modesto, California
SKD:lr

_X_ Approved

___ Disapproved

OLIVER W. WANGER
Senior United States District Judge

Date: 10-11-07

1

Rev. 05/2006
CONTINUANCE ~ TO JUDGE.MRG

RE: **Troy Douglas BRIMM**
    Docket Number: 1:99CR05342 and 1:96CR05180
    **CONTINUANCE OF JUDGMENT AND SENTENCE**

cc: Sherrill Carvalho
    Assistant United States Attorney

    Daniel L. Harralson
    Defense Counsel