# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**TROY DOUGLAS BRIMM**
(Defendant's Name)

**CORRECTED JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:99CR05342-001**

Daniel Harralson
Defendant's Attorney

**THE DEFENDANT:**

[ ]  admitted guilt to violation of charge(s) __ as alleged in the violation petition filed on __.
[✔]  was found in violation of condition(s) of supervision as to charge(s) One through Three after denial of guilt, as alleged in the violation petition filed on April 24, 2007.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on July 5, 2006.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Court finds the defendant is not in violation of condition Four.

[✔]  Charge 5 is dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

November 20, 2007
Date of Imposition of Sentence

/s/ OLIVER W. WANGER
Signature of Judicial Officer

**OLIVER W. WANGER**, United States District Judge
Name & Title of Judicial Officer

December 6, 2007
Date

CASE NUMBER:      1:96CR05342-001                                    Judgment - Page 2 of 3
DEFENDANT:        TROY DOUGLAS BRIMM

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| One | Possession or Use of a Computer or any other Device that has access to any "on-line computer service" | 2/7/2007 |
| Two | Failure to Submit a Truthful and Complete Written Report within the first five days of each month | Feb. 2007 |
| Three | Failure to Notify the Probation Officer Ten Days Prior to any Change in Residence or Employment | 2/23/2007 |

CASE NUMBER:      1:96CR05342-001                                           Judgment - Page 3 of 3
DEFENDANT:        TROY DOUGLAS BRIMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months.

(7) months of said term shall run concurrent with the sentence imposed in case 1:96-cr-5180. The remaining (5) months shall be credited for the time of home confinement already served by the defendant.

The defendants current term of supervised release shall not expire until the defendant surrenders to the custody of the US Marshal or the designated facility on January 10, 2008. All current terms of supervised release, including the condition of home confinement shall remain in effect until the defendants surrender date. The defendant may use a computer with "on-line" service at his place of employment for training purposes ONLY and ONLY with the condition that his employer allow forensic inspection of the computer as designated by the probation officer.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[✔]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [✔] before 2:00 p.m. on January 10, 2008.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.
      If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal