1  Carolyn D. Phillips # 103045
   Attorney at Law0
2  P.O. Box 5622
   Fresno, CA 93755-5622
3  (559) 248-9833

4  Attorney for defendant TROY DOUGLAS BRIMM

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,      )   No. 1:99CR5342 OWW
                                  )
10         Plaintiff,              )   MOTION FOR EXTENSION
                                  )   OF TIME TO FILE NOTICE
11 v.                              )   OF APPEAL; PROPOSED
                                  )   ORDER
12 TROY DOUGLAS BRIMM,             )
                                  )   [FRAP, RULE 4(B)(4)]
13         Defendant.              )

14
       Defendant Troy Brimm through his appointed counsel CAROLYN D. PHILLIPS,
15
   moves this court for an extension of time in which to file a notice of appeal in Case No.
16
   01:99CR5342 pursuant to Federal Rules of Appellate Procedure, Rule 4(b)(4).   This rule
17
   states that:
18         Upon a finding of excusable neglect or good cause, the district court
           may--before or after the time has expired, with or without motion and
           notice—extend the time to file a notice of appeal for a period not to exceed
19         30 days from the expiration of the time otherwise prescribed by this Rule
           4(B).
20
       Judgment was entered in the above-entitled case on the same date as its companion
21
   case 1:96CR05180 for violations of supervised release in which defendant Brimm was
22

23 *Motion for Extension of Time to File Notice of Appeal, U.S. v. Brimm, No. 1:99CR5342    1
   OWW*

PDF created with pdfFactory trial version www.pdffactory.com

sentenced to seven months of incarceration. Counsel for Mr. Brimm, Dan Harrelson notified the court and the CJA panel administrator of his intention to substitute out of both cases so that other counsel could be appointed to represent Mr. Brimm on appeal. The CJA administrator contacted me regarding representing Mr. Brimm on appeal as to case number 1:96CR05180 only. Mr. Harrelson, who was out of state at the time, was contacted regarding my willingness to be substituted into the case. His office agreed to complete the request for substitution of counsel. The substitution of counsel was completed and filed only as to case number 1:96CR05180, and I was appointed by order of this court December 4, 2007 only as to this case. A timely notice of appeal was filed in case number 1:96CR 05180, December 7, 2007. Counsel did not become aware of the existence of the companion case number 1:99CR5342 until January 2, 2008 during a conversation with Mr. Brimm.

Due to this inadvertence and/or excusable neglect an appeal in case number 1:99CR5342 was not filed within ten days following judgment November 28, 2007. In that regard counsel respectfully requests that the court grant an extension to file the attached Notice of Appeal in case number 1:99CR 5342, January 3, 2008. This Notice of Appeal if filed by December 10, 2007 is still within 30 days from the expiration of the time otherwise prescribed FRAP, Rule 4(B).

Dated: January 3, 2008                    /s/ Carolyn D. Phillips
                                          CAROLYN D. PHILLIPS
                                          Attorney for Defendant
                                          Troy Douglas Brimm

*Motion for Extension of Time to File Notice of Appeal, U.S. v. Brimm, No. 1:99CR5342 OWW*

2

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | **<u>ORDER</u>** |

Having considered defendant's moving papers for an extension to file a notice of appeal by January 3, 2008, the court finds excusable neglect and/or good cause, and therefore

IT IS HEREBY ORDERED to extend the time to file a notice of appeal in case number 1:99CR5342 to January 3, 2008, pursuant to Federal Rules of Appellate Procedure, Rule 4(B)(4).

Dated:     January 3, 2008          /s/ OLIVER W. WANGER
                                     OLIVER W. WANGER
                                     U.S. District Judge

*Motion for Extension of Time to File Notice of Appeal, U.S. v. Brimm, No. 1:99CR5342 OWW*

3

PDF created with pdfFactory trial version www.pdffactory.com